**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2244**

---

TYRO R. BEATTY,

                                    Plaintiff - Appellant,

        versus

SCOTT M. THOMAS, Official Capacity as OIC;
MICHAEL A. JONES, individually as Director;
NAVSEA INACTIVE SHIP'S MANAGEMENT OFFICE;
DEPARTMENT OF THE NAVY; NAVAL SEA SYSTEMS
COMMAND HQ,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-05-71-2-RAJ-TEM)

---

Submitted:  June 28, 2006              Decided:  July 14, 2006

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tyro R. Beatty, Appellant Pro Se.  Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyro R. Beatty appeals the district court's orders granting summary judgment to Defendants and dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Beatty v. Thomas</u>, No. CA-05-71-2-RAJ-TEM (E.D. Va. June 15 and Oct. 25, 2005). We deny Beatty's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>